Order issued November 13, 2012



0048??

## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01315-CV

## IN RE CRAIG WATKINS, CRIMINAL DISTRICT ATTORNEY OF DALLAS COUNTY, TEXAS, Relator

**Original Proceeding from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F10-42330-S and F12-40559-S**

# ORDER

Before Justices Morris, Richter, and Lang-Miers

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. We **LIFT** the stay imposed by our order of September 28, 2012. The Court **ORDERS** the trial judge, the Honorable Andy Chatham, Judge of the 282nd Judicial District Court, to **WITHDRAW** his acceptance of the guilty pleas entered in cause number F10-42330-S and F12-40559-S, **WITHDRAW** his ruling denying the State's request for a trial by jury, and **WITHDRAW** his factual findings relating to real party in interest's guilty pleas made on September 5, 2012. Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order,** a certified copy of its order issued in compliance with this order.

JOSEPH B. MORRIS
JUSTICE